# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : Case No. 2:17-cr-246 |
| v. | : CHIEF JUDGE ALGENON L. MARBLEY |
| SHANE RYAN HAMMOND, | : |
| Defendant. | : |

## ORDER

This matter is before the Court on the Government's Motion to Amend the Final Order of Forfeiture. (ECF No. 50). The Court docketed the Amended Final Order of Forfeiture on November 6, 2020. (ECF No. 51). For that reason, this Court finds that this motion [#50] is **MOOT**.

IT IS SO ORDERED.

ALGENON L. MARBLEY
UNITED STATES DISTRICT JUDGE

DATE:  February 17, 2021